BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00345 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RAHSON COURTNEY WOODS, | DATE: February 17, 2015 TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on February 17, 2015.

2.      By this stipulation, defendant now moves to continue the status conference until April 7, 2015 at 9:15 a.m., and to exclude time between February 17, 2015, and April 7, 2015 at 9:15 a.m., under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports and a criminal history of the defendant. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendant desires additional time consult with his client, conduct

1    further investigation, and review the evidence provided in anticipation of trial or pre-trial

2    resolution.

3            c)        Counsel for defendant believes that failure to grant the above-requested

4    continuance would deny him/her the reasonable time necessary for effective preparation, taking

5    into account the exercise of due diligence.

6            d)        The government does not object to the continuance.

7            e)        Based on the above-stated findings, the ends of justice served by continuing the

8    case as requested outweigh the interest of the public and the defendant in a trial within the

9    original date prescribed by the Speedy Trial Act.

10           f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11   et seq., within which trial must commence, the time period of February 17, 2015 to April 7, 2015

12   at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

13   Code T4] because it results from a continuance granted by the Court at defendant's request on

14   the basis of the Court's finding that the ends of justice served by taking such action outweigh the

15   best interest of the public and the defendant in a speedy trial.

16       4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the

17   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

18   must commence.

19       IT IS SO STIPULATED.

20

21

22   Dated:  February 6, 2015               BENJAMIN B. WAGNER
                                           United States Attorney

23

24                                     /s/ OLUSERE OLOWOYEYE
                                       OLUSERE OLOWOYEYE

25                                     Assistant United States Attorney

26

27

28

Dated:  February 6, 2015                                  /s/ MATT BOCKMAN
                                                         MATT BOCKMAN
                                                         Counsel for Defendant
                                                         RAHSON WOODS


### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 10th day of February,  2015.


                                                         /s/ John A. Mendez
                                                         THE HONORABLE JOHN A. MENDEZ
                                                         UNITED STATES DISTRICT COURT JUDGE