HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
RAHSON WOODS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00345-JAM |
| Plaintiff, | |
| vs. | **RELEASE ORDER** |
| RAHSON WOODS, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant RAHSON WOODS shall be released to the custody of the U.S. Probation Office for the Eastern District of California at 9:00 a.m. on November 6, 2019.

Date: 11-5-2019

JOHN A. MENDEZ
United States District Court Judge

-1-