HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
RAHSON WOODS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-345-JAM |
| Plaintiff, | **WAIVER OF PERSONAL APPEARANCE AND ORDER TO HAVE DEFENDANT APPEAR TELEPHONICALLY FROM SACRAMENTO COUNTY JAIL** |
| vs. | |
| RAHSON WOODS, | Date: March 31, 2020 |
| Defendant. | Time: 10:00 A.M. |
| | Judge: Hon. John A. Mendez |

I, Rahson Woods, hereby request this Honorable Court to proceed as scheduled with my dispositional hearing, currently set for March 31, 2020. Furthermore, in light of the COVID-19 crisis and the resultant General Order 611 (issued March 17, 2020), as well as my current incarceration at the Sacramento County Jail, I request to appear at this hearing telephonically in order to ensure that Court staff and I do not suffer higher risks of exposure to COVID-19 that would necessarily result from my movement within the jail and my transport to and from Court.

To the extent that I may have a right to be personally present in Court at the time of the dispositional hearing, I waive that right, whether it arises under the Federal Rules of Criminal Procedure, the United States Code, the U.S. Constitution, or any other law. It is my personal and specific request to be sentenced as soon as the Court is able. In making this request, I am mindful of the fact that the Court may be less able to personally observe my physical demeanor. *See* Fed. R. Crim. P. 32(i)(4). I further waive any claim of error, on any basis, that sentencing

-1-

should not have been held without my being physically present in Court.  I will deem my interests fully represented if my designated counsel in this matter, Christina Sinha, is present at the hearing either telephonically or in person.

Finally, I respectfully request this Court to issue an order that I appear at this hearing telephonically to facilitate my access to the jail's phone system at the appropriate time.

Dated:  March 24, 2020 */s/ Rahson Woods*
RAHSON WOODS
Defendant

I hereby concur in my client's waiver and request for a Court order.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  March 24, 2020 */s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for RAHSON WOODS

| | |
|---|---|
| 1 | **O R D E R** |
| 2 | The Court, having received and considered the defendant's waiver of personal |
| 3 | appearance and his counsel's concurrence, consents to the defendant's waiver of personal |
| 4 | appearance and hereby issues the following order to the United States Marshals Service |
| 5 | ("USMS"), the Sacramento County Jail, the Clerk of the Court, and the parties. |
| 6 | On March 31, 2020 at 10:00 a.m., the defendant and the parties are ordered to appear |
| 7 | telephonically for a dispositional hearing in this matter, and are instructed to call in to (877) 336- |
| 8 | 1831 at the appropriate time, and enter access code 7763552 when prompted. |
| 9 | As the defendant is in the custody of the USMS and is currently incarcerated at the |
| 10 | Sacramento County Jail, the USMS and the Sacramento County Jail are ordered to make |
| 11 | whatever arrangements are necessary for the defendant to have access to a phone so that he can |
| 12 | comply with this Order and participate in his dispositional hearing on the above-noted date and |
| 13 | time. The Clerk is ordered to serve this Order on the USMS and the Sacramento County Jail. |
| 15 | IT IS SO ORDERED. |
| 17 | Dated: March 24, 2020          /s/ John A. Mendez_____ |
| 18 |                                HON. JOHN A. MENDEZ |
|    |                                United States District Court Judge |