UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 14, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAHSON COURTNEY WOODS

Defendant.

Case No. 2:14-CR-00345-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release RAHSON COURTNEY WOODS –

Case No.: 2:14-CR-00345-JAM; Charge: 18 U.S.C. § 3606 – from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

X (Other): Defendant sentenced to TIME SERVED. Defendant to be released to ~~the custody of the U.S.~~ *JAM* ~~Probation Office~~ *JAM* for transport to Wellspace Treatment Facility on 4/15/2020.

Issued at Sacramento, California on April 14, 2020 at 10:30 AM.

By: _____
John A. Mendez, U.S. District Court Judge