PHILLIP A. TALBERT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00345-JAM |
| Plaintiff, | ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME |
| v. | |
| RASHON COURTNEY WOODS, | |
| Defendant. | |

On February 23, 2022, the United States requested an extension of time to April 13, 2022, to file its response to the Defendant's motion for compassionate release. Docket No. 61.

IT IS HEREBY ORDERED that the Government's request for an extension is granted.  The response is now due April 13, 2022.

DATED:  March 22, 2022                       /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE

1